# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIMON PROPERTY GROUP, INC.,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1598-Orl-31KRS**

**LYNNETTE LAURIA, et al.,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on Motion for Entry of Default against Defendant Timothy Herman (Doc. No. 179) filed August 21, 2012.

On September 11, 2012, the United States Magistrate Judge issued a report (Doc. No. 191) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED.**

2. The Motion for Entry of Default against Defendant Timothy Herman is GRANTED. The Clerk is directed to enter default against Defendant, Timothy Herman.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 28, 2012.

                                                  GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party