# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIMON PROPERTY GROUP, INC.,**

        **Plaintiff,**

**-vs-**                                                    **Case No. 6:11-cv-1598-Orl-31KRS**

**LYNNETTE LAURIA, et al.,**

        **Defendants.**

_____/

# ORDER

On December 13, 2012, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 256), recommending that Motion for Sanctions for Spoliation of Evidence (Doc. 231) be GRANTED. Defendant filed timely objections to the Report (Doc. 259). Plaintiff responded (Doc. 286). Upon *de novo* review of the above, the Court finds that the objecting Defendants have failed to make a showing that their failure to respond to the underlying motion was the result of excusable neglect and that Judge Spaulding's assessment was correct in light of that lack of a response. Moreover, even if the Court were to consider the objections at issue, the result would not change, as those objections are not well founded. It is, therefore

**ORDERED** that:

1.    The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

2.    The Motion for Sanctions for Spoliation of Evidence is **GRANTED**;

3. The Clerk is **DIRECTED** to enter a default against Defendant Lynnette Lauria as to Counts I and III-VIII and against Defendants RJL Services, LLC; Arnell, Inc.; and Snouthound Enterprises, LLC as to Counts II-V of the Second Amended Complaint;

4. Defendants Lynnette Lauria; RJL Services, LLC; Arnell, Inc.; and Snouthound Enterprises, LLC are **ORDERED** to pay the Plaintiff's attorneys' fees and costs reasonably incurred relating to the spoliation proceedings; and

5. Counsel for the Plaintiff and for Defendants Lynnette Lauria; RJL Services, LLC; Arnell, Inc.; and Snouthound Enterprises, LLC are **ORDERED** to confer not more than 20 days from the entry of this order in a good faith effort to resolve the amount of attorneys' fees and costs reasonably incurred relating to the spoliation proceedings. If that conference does not resolve the issue, Simon shall file a motion to establish the amount, with supporting documentation, not more than 10 days after the conference. Defendants Lynnette Lauria; RJL Services, LLC; Arnell, Inc.; and Snouthound Enterprises, LLC may file their response not more than 10 days after Simon files its motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 15, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party