**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SIMON PROPERTY GROUP, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-1598-Orl-31KRS**

**LYNNETTE LAURIA, et al.,**

        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AGAINST DEFENDANTS SNOUTHOUND ENTERPRISES, LLC, ARNELL, INC., AND TIMOTHY HERMAN (Doc. No. 271)**
>
> **FILED:** January 10, 2013
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

On January 31, 2013, the Court ordered Plaintiff's counsel to confer with counsel for Defendants Snouthound Enterprises, LLC, and Arnell, Inc., in person or by telephone in a good faith effort to resolve the amount of fees to be paid. The Court set a deadline of February 7, 2013, for Plaintiff's counsel to confer with opposing counsel and to file a supplement to Plaintiff's motion for attorneys' fees stating the outcome of the conference. Doc. No. 293. Plaintiff has not complied with that order as of the writing of this order, and the time for compliance has passed.

Before a renewed motion is filed, Plaintiff's counsel must confer with counsel for Defendants Snouthound Enterprises, LLC, and Arnell, Inc., in person or by telephone in a good faith effort to resolve the amount of fees to be paid. A renewed motion shall include a certification that this in-person or telephonic conference has occurred and state the outcome of the conference.

In addition, if Defendant Timothy Herman can be located, Plaintiff's counsel must confer with Mr. Herman in person or by telephone in a good faith effort to resolve the amount of fees to be paid before a renewed motion is filed. A renewed motion shall include a certification that this conference occurred and state the outcome of the conference, or, alternatively, a certification that Mr. Herman could not be located for the conference.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE