UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIMON PROPERTY GROUP, INC., a
Delaware corporation,

    Plaintiff

v.                                                      Case No. 6:11-cv-1598-ORL-31KRS

LYNNETTE LAURIA, individually and
d/b/a Marketing Resource Network, XLM
Marketing, Excell Services, XLM Excell
and PR Works; ROBERT JAMES LAURIA,
individually d/b/a Marketing Resource
Network, XLM Marketing, Excell Services,
XLM Excell and & PR Works; SARAH LAGI,
individually and d/b/a XLM Marketing;
RACHAEL LAURIA, individually and d/b/a
PR Works; TIMOTHY HERMAN, individually
and d/b/a EDL Management, Florida Tourism
Distribution Services, Target Distribution, TJI;
RYAN DEMING, Individually and d/b/a Florida
Tourism Distribution Services, Kids Eat Free Card,
Target Distribution and TJI; DALE TAKIO,
Individually and d/b/a Kids Eat Free Cards;
RJL SERVICES, LLC, an inactive Florida limited
liability company; ARNELL, INC., an inactive
Nevada corporation, and d/b/a XLM Marketing;
SNOUTHOUND ENTERPRISES, LLC,
a Florida limited liability company; IMAGE
MARKETING OF FLA, INC., a Florida
corporation; IMAGE MARKETING OF FLORIDA,
LLC, an inactive limited liability company;
IMAGE MARKETING GROUP, INC., an inactive
Florida corporation; EVENT PLANNERS USA, INC.,
An inactive Florida corporation; DT PRINTING
SOLUTIONS, LLC, an inactive Florida limited
Liability company; HAT MARKETING, LLC, a
Florida limited liability company; POINTE
DISTRIBUTION, LLC, an inactive Florida limited
Liability company; and TAKITIK, INC., an inactive
Florida corporation,

    Defendants.
_____/

1

**DEFENDANTS RYAN DEMING, DALE TAKIO, DT PRINTING SOLUTIONS, LLC, EVENT PLANNERS USA, INC., HAT MARKETING, LLC, IMAGE MARKETING GROUP, INC., IMAGE MARKETING OF FLORIDA, LLC, POINTE DISTRIBUTION, LLC AND TAKITIK, INC.,'S MOTION IN LIMINE EXCLUDING ANY MENTION OF THE TAKING OF THE JANUARY 9, 2012, DEPOSITION OF THOMAS BRIGNOLO, INCLUDING ANY PORTION OF THE CONTENT THEREOF AND EXHIBITS PRODUCED BY THOMAS BRIGNOLO THEREAT, DURING VOIR DIRE, OPENING STATEMENTS, EXAMINATION AND TESTIMONY OF THE WITNESSES, INCLUDING PLAINTIFF'S EXPERT WITNESS,  AND OTHER ANY PORTION OF THE TRIAL OF THIS CAUSE, INCLUDING THE CLOSING STATEMENT, INCORPORATING MEMORANDUM OF LAW**

Defendants, DALE TAKIO, RYAN DEMING, DT PRINTING SOLUTIONS, LLC, EVENT PLANNERS USA, INC., HAT MARKETING, LLC, IMAGE MARKETING GROUP, INC., IMAGE MARKETING OF FLORIDA, LLC, POINTE DISTRIBUTION, LLC, and TAKITIK, INC. ("Movants"), move the Court for entry of an Order in limine excluding any mention of the taking of the January 9, 2012, Deposition of Thomas Brignolo and any portion of the content thereof, including exhibits produced by Thomas Brignolo thereat, during voir dire, opening statements, examination and testimony of the witnesses, including Plaintiff's expert witness, and other portion of the trial of this cause, including closing statements.  As grounds therefore, Movants will demonstrate unto this Court as follows:

1.    The Complaint (Doc. 1) was filed this proceeding on September 30, 2011.  On January 9, 2012, none of the Movants were parties in this proceeding.

2.    On January 9, 2012, counsel for Plaintiff took the deposition of Thomas Brignolo pursuant to a Subpoena Duces Tecum.

3.    Thomas Brignolo produced documents pursuant to the Subpoena Duces Tecum which had not previously been provided to Plaintiff prior the institution of suit in this action.

4.    Thomas Brignolo testified at the January 9, 2012, deposition and his testimony has been transcribed, and Plaintiff has filed the deposition as Doc. 299-21 on February 7, 2013,

as an Exhibit to Plaintiff's Response (Doc. 299) to DALE TAKIO and RYAN DEMING's Motion for Summary Judgment (Doc. 261).

5.      Additionally, Plaintiff's expert witness, Rex Homme, has drawn conclusions from the Mr. Brignolo's January 9, 2012, deposition and exhibits produced thereat in his November 1, 2012, Expert Report filed as Doc. 299-19 and his February 7, 2013, Affidavit.  [Deming and Takio acknowledge that for the limited purpose of the Court's consideration of their Motion for Summary Judgment, Plaintiff is entitled to cite to the January 9, 2012, sworn testimony of Mr. Brignolo and the exhibits produced by Mr. Brignolo thereat as well as cite to the portions of Mr. Homme's Expert Report and Affidavit drawing conclusions from Mr. Brignolo's sworn testimony and documents produced by Mr. Brignolo thereat.[1]]

6.      Plaintiff provided none of the Movants with notice of the taking of the deposition, nor did Movants have an opportunity to appear at the January 9, 2012, deposition of Thomas Brignolo, as none of the Movants became parties to this proceeding until Plaintiff filed its Amended Complaint on March 14, 2012.  Doc. 63.

7.      Movants had attempted to take the deposition of Thomas Brignolo on December 19, 2012; however, the Subpoena for deposition, which had been issued for a period of four weeks prior to December 19, 2012, was unable to be served.

8.      Pursuant to Fed. R. Civ. P. 32(a)(1), "all or part of a deposition may be used against a party of these conditions:

(A)     the party was present or represented at the taking of the deposition or had reasonable notice of it;

---

[1] *Vondriska v. Cugno*, 368 Fed. App'x 7, 8-9 (11th Cir. 2010).

    (B) it is used to the extent it would be admissible under the Federal Rules of Evidence if the deponent were present and testifying; and

    (C) the use is allowed under Rule 32(a)(2) through (8).

  9. "Under Rule 32, a deposition may be used at trial against any party who "was present or represented at the taking of the deposition or had reasonable notice of it" when its use fits into one of three outlined provisions." *Creative Consumer Concepts, Inc. v. Kreisler*, 563 F.3d 1070, 1080 (10th Cir. 2009).

  10. Except for using the contents of Thomas Brignolo's deposition to impeach his testimony at trial, the mention or use of the existence of his January 9, 2012, deposition and/or testimony and/or documents he produced thereat, for any other purpose violates Fed. R. Civ. P., and will substantially prejudice the Movants.

  WHEREFORE Defendants, DALE TAKIO, RYAN DEMING, DT PRINTING SOLUTIONS, LLC, EVENT PLANNERS USA, INC., HAT MARKETING, LLC, IMAGE MARKETING GROUP, INC., IMAGE MARKETING OF FLORIDA, LLC, POINTE DISTRIBUTION, LLC, and TAKITIK, INC. ("Movants"), move the Court for entry of an Order in limine excluding any mention of the taking of the January 9, 2012, Deposition of Thomas Brignolo and any portion of the content thereof, including exhibits produced by Thomas Brignolo thereat, during voir dire, opening statements, examination and testimony of the witnesses, including Plaintiff's expert witness, and other portion of the trial of this cause, including closing statements.

**LOCAL RULE 3.01(g) CERTIFICATION**

I hereby certify that I have conferred with counsel in an effort to amicably resolve the issues raised and the relief sought in this motion, and counsel for the "Lauria Defendants" does not object to the Granting of this Motion, whereas counsel for the Plaintiff opposes this motion.

/S/ *Craig A. Brand, Esq.*
_____
**CRAIG A. BRAND, ESQ.**
**FBN: 896111**

**ECF CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF System which will send a notice of electronic filing to the following:

Carlos E. Mustelier, Jr. Esq., Winget, Spadafora, Schwartzberg LLP,
mustelier.c@wssllp.com.

Thomas A. Sadaka, Esq.
tom@nejamelaw.com, tsadaka@cfl.rr.com, carol@nejamelaw.com

and on this same date furnished a copy of the foregoing Timothy Herman, by electronic mail at tim@exileorlando.com and mailed furnished a copy of the foregoing to him by First Class U.S. Mail to P. O. Box 14152, Orlando, FL 32814.

/S/ *Craig A. Brand, Esq.*
_____
**CRAIG A. BRAND, ESQ.**
FBN: 896111
THE BRAND LAW FIRM, P.A.
Attorneys for Defendants, Ryan Deming, individually and d/b/a Florida Tourism Distribution Services, Kids Eat Free Card, Target Distribution and TJI; Event Planners USA, Inc.; Image Marketing of Florida, LLC; Image Marketing Group, Inc.; Dale Takio, Individually and d/b/a Kids Eat Free Cards; DT Printing Solutions, LLC; Hat Marketing, LLC; Pointe Distribution, LLC; and Takitik, Inc.
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Main Office and Fax Line. 877-407-2726 (VOIP Dual Line)
Tel. (407) 447-1447
Tel. (305) 878-1477
Email: Craig@TheBrandLawFirm.com