**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SIMON PROPERTY GROUP, INC.,**

    **Plaintiff,**

v.                                                      **Case No: 6:11-cv-1598-Orl-31KRS**

**LYNNETTE LAURIA, ROBERT JAMES LAURIA, SARAH LAGI, RJL SERVICES, LLC, ARNELL, INC., SNOUTHOUND ENTERPRISES, LLC, IMAGE MARKETING GROUP, INC., EVENT PLANNERS USA, INC., POINTE DISTRIBUTION, LLC, TAKITIK, INC., HAT MARKETING, LLC, DT PRINTING SOLUTIONS, LLC, TIMOTHY HERMAN, RYAN DEMING, DALE TAKIO, IMAGE MARKETING OF FLA, INC. and IMAGE MARKETING OF FLORIDA, LLC,**

    **Defendants.**

## ORDER

This matter comes before the Court without a hearing on the Motion for Summary Judgment (Doc. 258) filed by Defendant Hat Marketing, LLC ("Hat Marketing"). The motion was filed December 27, 2012, and the deadline for a response passed on February 1, 2013. No response has been filed.

Hat Marketing asserts that the Plaintiff has failed to produce any evidence that it participated in the fraudulent scheme outlined in the Second Amended Complaint. In addition, Hat Marketing has produced an affidavit from its founder and records custodian in which he states that the company (1) never performed any work for the Plaintiff; (2) never billed the Plaintiff or

received any money from the Plaintiff; and (3) never assisted any of the other Defendants in the alleged scheme. As noted above, the Plaintiff has not responded to the instant motion.

Having reviewed the Second Amended Complaint, the instant motion and the attached affidavit, the Court finds that the motion is meritorious and due to be granted. Accordingly, it is hereby

**ORDERED** that the Motion for Summary Judgment (Doc. 258) filed by Defendant Hat Marketing, LLC is **GRANTED**. The Clerk is directed to enter judgment in favor of Hat Marketing LLC and against Simon Property Group, Inc.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties