# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIMON PROPERTY GROUP, INC.,**

    **Plaintiff,**

**v.**                                                                                     Case No: 6:11-cv-1598-Orl-31KRS

**LYNNETTE LAURIA, ROBERT JAMES LAURIA, SARAH LAGI, RJL SERVICES, LLC, ARNELL, INC., SNOUTHOUND ENTERPRISES, LLC, IMAGE MARKETING GROUP, INC., EVENT PLANNERS USA, INC., POINTE DISTRIBUTION, LLC, TAKITIK, INC., HAT MARKETING, LLC, DT PRINTING SOLUTIONS, LLC, TIMOTHY HERMAN, RYAN DEMING, DALE TAKIO, IMAGE MARKETING OF FLA, INC., IMAGE MARKETING OF FLORIDA, LLC,**

    **Defendants.**

## ORDER

This matter comes before the Court without a hearing on the Joint Motion to Stay Action (Doc. 390). Given the recent bankruptcy filings by Defendants Ryan Deming and Timothy Herman, and given the interconnectedness of the claims against those Defendants with the claims against Defendant Dale Takio and the closely held companies that remain in this case, the Court agrees with the remaining parties that a stay is in order. Accordingly, it is hereby

**ORDERED** that all proceedings in this case -- with the exception of the deposition of Thomas Brignolo[1] -- are **STAYED** pending further order of this Court. And it is further

---

[1] Pursuant to the remaining parties' request, Brignolo may be subpoenaed for a pre-trial deposition.

**ORDERED** that the Plaintiff, Simon Property Group, Inc., shall file a status report on the bankruptcy proceedings of Defendants Ryan Deming and Timothy Herman on September 30, 2013 and every 90 days thereafter.

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties