UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIMON PROPERTY GROUP, INC.,

    Plaintiff,

  v.

LYNNETTE LAURIA, et al.

    Defendants.

_____/

Case No. 6:11-cv-1598-GAP-KRS

**STIPULATION VOLUNTARILY DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)**

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), parties to litigation may, by stipulation, voluntarily dismiss claims without prejudice and such stipulation shall effect of a voluntary dismissal without prejudice of those claims;

WHEREAS, Plaintiff Simon Property Group, Inc. ("Plaintiff"), has resolved to voluntarily dismiss the above-captioned matter (the "Action") without prejudice;

WHEREAS, Defendants Lynnette Lauria, Robert Lauria, Sarah Lagi, RJL Services, LLC, Arnell, Inc., Snouthound Enterprises, LLC, Ryan Deming, Dale Takio, Image Marketing Group, Inc., Event Planners USA, Inc., Florida Tourism Distribution Services, Hat Marketing, LLC, Takitik, Inc., DTPS/DT Printing Solutions, Pointe Distribution, LLC, Timothy Herman and Image Marketing of FLA, Inc. (collectively, "Defendants") have consented to the voluntary dismissal of this Action without prejudice;

Therefore, Plaintiff and the Defendants, by and through their respective attorneys, hereby STIPULATE to:

(1)     Voluntarily dismiss this Action without prejudice.

The parties agree that this document may be executed in counterparts and facsimile signatures shall have the same force and effect as original signatures.

Dated:  September 17, 2014                    WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: */s/ Carlos E. Mustelier, Jr.*

Carlos E. Mustelier, Jr., Esq.
Florida Bar No. 58033
Mustelier.c@wssllp.com
14 NE 1st Avenue, Suite 600
Miami, Florida 33130
Tel: (305) 830-0600
Fax: (305) 830-0601

*Attorney for Plaintiff
Simon Property Group, Inc.*


THE BRAND LAW FIRM, P.A.

By: */s/ Craig A. Brand*

Craig A. Brand, Esq.
Florida Bar No.: 896111
Craig@thebrandlawfirm.com
Grove Forest Plaza
2937 S.W. 27th Avenue, Suite 101
Miami, Florida 33133
Main Office and Fax Line. 877-407-2726
(VOIP Dual Line)
Tel. (407) 447-1447
Tel. (305) 878-1477

*Attorney for Defendants, Ryan Deming, Dale Takio, Image Marketing of Florida, LLC f/k/a Image Marketing Group, Inc.,*

*Event Planners USA, Inc., Florida Tourism Distribution Services, Hat Marketing, LLC, Takitik, Inc., DT Printing Solutions, and Pointe Distribution, LLC*

NEJAME, LAFAY, JANCHA, BARKER, JOSHI, MORENO, P.A.

By: */s/ Thomas A. Sadaka*

Thomas A. Sadaka, Esq.
Florida Bar No.: 915890
189 South Orange Avenue
Suite 1800
Orlando, Florida 32801
Tel: (407) 245-1232
Fax: (407) 245-2980

*Attorneys for Defendants Lynnette Lauria, Robert Lauria, Sarah Lagi, RJL Services, LLC, Arnell, Inc. and Snouthound Enterprises, LLC*

PRO SE DEFENDANTS TIMOTHY HERMAN and IMAGE MARKETING OF FLA, INC.

By: */s/ Timothy Herman*

Timothy Herman, *pro se, Individually and as Owner of Image Marketing of FLA, Inc.*